# EXHIBIT 1

INDEX OF UNDERLYING SUPERIOR COURT FILE

*James C. Butschek v. Bank of America, National Association*, CV2013-009401

1.      Index of Matters Being Filed

2.      Superior Court of Maricopa County, Arizona Docket Sheet

3.      Plaintiff's Complaint filed on July 17, 2013

4.      Citation Issued to Bank of America National Association on July 18, 2013

5.      Citation Issued to Bank of America Corporation on July 29, 2013

6.      Defendant Bank of America National Association's Original Answer

7.      Notice of Removal to District Court