# EXHIBIT 2

## The Judicial Branch of Arizona, Maricopa County

[Search]

Civil Court Case Information - Case History

### Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2013-009401 | Judge: | Cunanan, David |
| File Date: | 7/17/2013 | Location: | Downtown |
| Case Type: | Civil | | |

### Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| James C Butschek | Plaintiff | Male | Jeffrey Finley |
| Bank Of America National Association | Defendant | | Kevin Duddlesten |
| Bank Of America Corporation | Defendant | | Pro Per |

### Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 8/7/2013 | ANS - Answer | 8/7/2013 | |
| **NOTE:** DEFENDANT BANK OF AMERICA NATIONAL ASSOCIATION'S ORIGINAL ANSWER - EFILE BILLING $237 | | | |
| 8/5/2013 | AFS - Affidavit Of Service | 8/8/2013 | |
| **NOTE:** BANK OF AMERICA CORPORATION | | | |
| 7/19/2013 | AFS - Affidavit Of Service | 7/24/2013 | |
| **NOTE:** BANK OF AMERICA NATIONAL ASSOCIATION | | | |
| 7/19/2013 | SUM - Summons | 7/24/2013 | |
| 7/17/2013 | COM - Complaint | 7/18/2013 | |
| 7/17/2013 | CCN - Cert Arbitration - Not Subject | 7/18/2013 | |
| 7/17/2013 | CSH - Coversheet | 7/18/2013 | |

### Case Calendar

**There are no calendar events on file**

### Judgments

**There are no judgments on file**