# EXHIBIT 7

KEVIN M. DUDDLESTEN, (AZ #019057)
kduddlesten@mcguirewoods.com
MCGUIREWOODS LLP
816 Congress Ave., Suite 940
Austin, TX 78701-2442
(512) 617-4516
(512) 617-4586 (Fax)

*Attorneys for Bank of America*
*National Association*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| JAMES C. BUTSCHEK, | Case No. CV2013-009401 |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL TO DISTRICT COURT** |
| BANK OF AMERICA, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION, a Delaware corporation; BLACK CORPORATIONS I-X; and WHITE PARTNERSHIPS I-X, | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendant Bank of America National Association filed a Notice of Removal in the United States District Court for the District of Arizona, Phoenix Division, on August 15, 2013.  A copy of the Notice of Removal (without exhibits) is attached to this Notice of Removal as Exhibit A.  This Court is respectfully requested to proceed with no further action in this case

Respectfully submitted,

MCGUIREWOODS LLP

　/s/ Kevin M. Duddlesten
Kevin M. Duddlesten, (AZ #019057)
816 Congress Ave., Suite 940
Austin, TX 78701-2442
(512) 617-4516
(512) 617-4586 (Fax)

ATTORNEYS FOR BANK OF AMERICA
NATIONAL ASSOCIATION

-2-

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2013 a true and exact copy of the foregoing NOTICE OF REMOVAL TO DISTRICT COURT was electronically filed via the Court's ecf system, and a copy was forwarded to all counsel of record by depositing same in the United States mail as follows:

Jeffrey R. Finley
Cheifetz Iannitelli Marcolini, P.C.
111 West Monroe St., 17th Fl.
Phoenix, Arizona 85003

                                        /s/ Kevin M. Duddlesten
                                        Kevin M. Duddlesten

KEVIN M. DUDDLESTEN, (AZ #019057)
kduddlesten@mcguirewoods.com
MCGUIREWOODS LLP
816 Congress Ave., Suite 940
Austin, TX 78701-2442
(512) 617-4516
(512) 617-4586 (Fax)
*Attorneys for Bank of America, N.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| JAMES C. BUTSCHEK | CIVIL ACTION NO. _____ |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| BANK OF AMERICA, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION, a Delaware corporation; BLACK CORPORATIONS I-X; and WHITE PARTNERSHIPS I-X, | |
| Defendants. | |

Defendant Bank of America, National Association ("Defendant" or "Bank of America"), by its undersigned attorneys, and pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, hereby removes to this Court an action pending in Superior Court of Maricopa County, Arizona (CV2013-009401), to the United States District Court for the District of Arizona, Phoenix Division, on the following grounds:

**I.     INTRODUCTION**

1.    Plaintiff commenced the State Court Action on July 17, 2013 entitled *James C. Butschek v. Bank of America, National Association, et al.*, No. CV2013-009401. Bank of America, N.A. was served with notice of the action on July 18, 2013.

2.    In this action, Plaintiff asserts claims and seeks damages pursuant to the Arizona Revised Statutes (A.R.S.) § 23-53, *et seq*. *See* Plaintiff's Complaint at ¶¶ 20-23 and Prayer.

## II. REMOVAL PROCEDURES AND VENUE

3. This Notice of Removal is timely filed. The Complaint was served on Defendant on July 18, 2013, and this Notice of Removal is filed within thirty (30) days of service. See 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1446(a) and District of Arizona LRCiv 3.6, copies of all process, pleadings, orders, and other papers filed in the Superior Court action are attached to this Removal, including: Index of Matters Being Filed attached hereto as Exhibit "1;" the Superior Court Docket Sheet attached hereto as Exhibit "2;" Plaintiff's Complaint attached hereto as Exhibit "3;" Citation issued to Bank of America National Association on July 18, 2013 attached hereto as Exhibit "4;" Citation issued to Bank of America Corporation on July 29, 2013 attached hereto as Exhibit "5;" Defendant Bank of America, National Association's Original Answer attached hereto as Exhibit "6;" and Notice of Removal to District Court attached hereto as Exhibit "7." Along with filing of this Notice of Removal, Defendant is filing its Corporate Disclosure Statement. Defendant is also filing copies of the Notice of Removal with the Superior Court of Maricopa County, Arizona, pursuant to 28 U.S.C. §1446(d).

5. Venue for this removal is proper in the U.S. District Court for the District of Arizona because this district includes Maricopa County, Arizona, the location of the pending superior court action.

## III. DIVERSITY JURISDICTION

6. This Court has jurisdiction over this action under 28 U.S.C. § 1332, which provides in relevant part: "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between – (1) citizens of different states . . . ."

7. There is complete diversity of citizenship between Plaintiff and Defendant. Plaintiff is a citizen and resident of Arizona. See Plaintiff's Complaint at ¶ 1. Bank of America, N.A. is a Delaware corporation with its principal place of business in Charlotte,

North Carolina. Bank of America Corporation is a Delaware corporation with its principal place of business in Charlotte, North Carolina.

8. In his Complaint, Plaintiff seeks, inter alia, special damages and attorney's fees pursuant to the A.R.S. in an amount exceeding $180,000. *See* Plaintiff's Complaint at ¶¶ 20-23. Thus, Plaintiff's Complaint seeks a specific damage amount in excess of $75,000.

9. In filing this Notice of Removal, Defendant does not waive, and specifically reserves, any and all objections as to service, personal jurisdiction, defenses, exception, rights, and motions.

10. A copy of this notice has been filed with the Clerk of the Superior Court of Maricopa County.

## V.   CONCLUSION

WHEREFORE, Defendant respectfully requests the above-captioned action now pending in the Superior Court of Maricopa County, Arizona, be removed to the United States District Court for the District of Arizona, and that said United States District Court assume jurisdiction of this action and enter such other and further orders as may be necessary to accomplish the requested removal and promote the ends of justice.

Respectfully submitted,

MCGUIREWOODS LLP

/s/ Kevin M. Duddlesten
Kevin M. Duddlesten, SBN #019057
kduddlesten@mcguirewoods.com
816 Congress Ave., Suite 940
Austin, TX 78701-2442
(512) 617-4516
(512) 617-4586 (Fax)

ATTORNEY IN CHARGE FOR
BANK OF AMERICA NATIONAL
ASSOCIATION

-3-

## CERTIFICATE OF SERVICE

I do hereby certify that on August 15, 2013 a true and exact copy of the foregoing Notice of Removal was electronically filed via the Court's ECF system, and a copy was forwarded to opposing counsel of record by depositing same in the United States Mail, first class postage prepaid, and addressed as follows:

> Jeffrey R. Finley
> Cheifetz Iannitelli Marcolini, P.C.
> 111 West Monroe St., 17th Fl.
> Phoenix, Arizona 85003

/s/ Kevin M. Duddlesten
Kevin M. Duddlesten

-4-