1  MCGUIREWOODS LLP

2  TERI L. DANISH (TX#05375320)
   *Admitted Pro Hac Vice*
3  tdanish@mcguirewoods.com
   600 Travis, Suite 7500
4  Houston, Texas 77002
   (832) 214-9911
5  (832) 214-9915 (Fax)

6  *Attorneys for Bank of America,
   National Association*
7

8              IN THE UNITED STATES DISTRICT COURT
9                   FOR THE DISTRICT OF ARIZONA

10 JAMES C. BUTSCHEK           )   NO. 2:13-cv-01676-PHX-SRB
                               )
11         Plaintiff,          )
                               )
12     v.                      )   **JOINT STIPULATION OF**
                               )   **DISMISSAL**
13 BANK OF AMERICA, NATIONAL   )
   ASSOCIATION; BANK OF AMERICA)
14 CORPORATION, a Delaware corporation; )
   BLACK CORPORATIONS I-X; and )
15 WHITE PARTNERSHIPS I-X,     )
                               )
16         Defendants.         )
                               )
17

18
       COME NOW Plaintiff James C. Butschek and Defendant Bank of America, National
19
   Association, and file this Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil
20
   Procedure 41(a)(1)(A)(ii).  The parties represent to the Court that all matters in dispute between
21
   the parties have been resolved.  In light of this resolution, the parties have agreed that this action
22
   be dismissed with prejudice.
23

24

25

26

27

28

RESPECTFULLY SUBMITTED this 24th day of June, 2014.

CHEIFETZ, IANNITELLI, MARCOLINI, PC

By: ___/s/ Jeffrey R. Finley___
Jeffrey R. Finley
Bar No. 009683
111 W Monroe Street, 17th Floor
Phoenix, Arizona 85003
Telephone: 602.952.6000
Facsimile: 602.952.7020

ATTORNEY FOR PLAINTIFF

MCGUIREWOODS LLP

By: ___/s/ Teri L. Danish___
Teri L. Danish
*Admitted Pro Hac Vice*
Brian G. Patterson
*Admitted Pro Hac Vice*
600 Travis Street, Suite 7500
Houston, Texas 77002
Telephone: 713.591.9191
Facsimile: 713.591.9915

ATTORNEY-IN-CHARGE FOR DEFENDANT
BANK OF AMERICA NATIONAL ASSOCIATION