IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES C. BUTSCHEK<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION, a Delaware corporation; BLACK CORPORATIONS I-X; and WHITE PARTNERSHIPS I-X,<br><br>　　　　Defendants. | NO. 2:13-cv-01676-PHX-SRB<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL** |

　　This Court, having read and considered the Joint Stipulation of Dismissal, and good cause appearing,

　　IT IS HEREBY ORDERED that this action is dismissed with prejudice.

　　Dated this 24th day of June, 2014.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　　　　United States District Judge